Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
ROCKEFELLER PHOTOS, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KOSHERCO LLC d/b/a KOSHCO SUPERSTORE,<br><br>Defendant. | Civil Action No. 2:25-cv-04092<br><br>**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Rockefeller Photos, LLC ("Plaintiff") respectfully moves the Court for an order extending the time for defendant Kosherco LLC d/b/a Koshco Superstore ("Defendant") to file its response to Plaintiff's Complaint, and states as follows:

1.     Defendant was served with the Complaint in this action on June 11,

1

2025.

2.     Subsequently, undersigned counsel was contacted by Melvin Teitelbaum, Esq. on behalf of Defendant, who requested that undersigned counsel agree to a two-week extension for Defendant to respond to the Complaint so that the parties can engage in settlement discussions to resolve this matter without the parties incurring further costs/fees.

3.     Undersigned counsel agreed to provide the extension. In light of the Court's July 7, 2025, Show Cause Order, and that Mr. Teitelbaum has not yet entered a formal appearance on behalf of Defendant, Plaintiff now files this motion for Defendant's benefit.

4.     Pursuant to L.R. 7-3 Conference of Counsel Prior to Filing of Motions, Plaintiff spoke with Defendant. While no counsel has entered a formal appearance on behalf of Defendant at this time, Mr. Teitelbaum, on behalf of Defendant, requested and agreed to this extension of time.

5.     The requested extension of time is being made in good faith.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Defendant an extension of time, through and including July 25, 2025, to file its response to the Complaint.

2

DATED:  July 11, 2025.

**COPYCAT LEGAL PLLC**

By: /s/ Lauren M. Hausman

Lauren M. Hausman, Esq.
Attorney for Plaintiff
Rockefeller Photos, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Lauren M. Hausman
Lauren M. Hausman, Esq.